TOWN OF NORTH HEMPSTEAD, Respondent, *v.* WESLEY HARPER et al., Appellants.

(Argued May 31, 1932; decided June 14, 1932.)

634

*A. Gordon Murray* for appellants.

*M. Linn Bruce, Raymond Ballantine* and *Le Roy G. Edwards* for respondent.

Order affirmed, with costs, and the question certified answered "no;" no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.